# NO. 12-14-00134-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *AMERICAN IDOL, GENERAL, LP D/B/A THE REO, AND RANDY HANSON A/K/A RANDALL HANSON, APPELLANTS* | *§* | *APPEAL FROM THE 188TH* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *PITHER PLUMBING CO., INC., APPELLEE* | *§* | *GREGG COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellants, American Idol, General, LP d/b/a The REO, and Randy Hanson a/k/a Randall Hanson, perfected their appeal on May 21, 2014. The reporter's record was filed on September 8, 2014. After the granting of extensions, Appellants' brief was due on or before November 21, 2014.

Appellants did not file their brief on November 21, 2014. Consequently, this court notified Appellants that their appeal might be dismissed for want of prosecution unless they filed a motion for extension of time to file the brief. *See* TEX. R. APP. P. 42.3(b). Appellants were informed that their motion should be filed no later than December 5, 2014, contain a reasonable explanation for their failure to file the brief when due, and show that Appellee has not suffered material injury thereby. *See* TEX. R. APP. P. 38.8(a)(1).

The December 5, 2014 deadline has passed, and Appellants have not complied with this court's notice. Accordingly, we ***dismiss*** the appeal ***for want of prosecution***. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Opinion delivered December 10, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 10, 2014**

**NO. 12-14-00134-CV**

**AMERICAN IDOL, GENERAL, LP D/B/A THE REO,
AND RANDY HANSON A/K/A RANDALL HANSON,**
Appellants
V.
**PITHER PLUMBING CO., INC.,**
Appellee

Appeal from the 188th District Court

of Gregg County, Texas (Tr.Ct.No. 2012-1842-A)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*